Submitted August 6, 2008, affirmed April 1, petition for review denied July 9, 2009 (346 Or 363)

NATIONAL MAINTENANCE CONTRACTORS,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT,
*Respondent.*

Employment Department
U21134; A136313

205 P3d 70

P.K. Runkles-Pearson and Stoel Rives LLP filed the brief for petitioner.

Richard Wasserman, Attorney-in-Charge, Civil/ Administrative Appeals, waived appearance for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *National Maintenance Contractors v. Employment Dept.*, 226 Or App 600, 204 P3d 162 (2009). *See also Employment Dept. v. National Maintenance Contractors*, 226 Or App 473, 204 P3d 151 (2009).